# JSL Law Offices, P.C.

**626 RXR PLAZA, Uniondale, NY 1156**
Tel: (718) 461-8000
Fax: (866) 449-8003

_____

April 2, 2025

**By: CM/ECF**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY

       **Re: Docket No. 22-2057, SUPPLEMENTAL LETTER REGARDING TRO –
         COMMITTEE CONFIRMATION**

Dear Judge Barnett:

Plaintiffs respectfully submit this supplemental letter in further support of their Emergency Application for Temporary Restraining Order filed on April 1, 2025. Attached hereto as Exhibit A (to be filed under seal) is a March 31, 2025 email from the Committee on Admissions and Grievances, confirming that the attorney disciplinary hearing will proceed on April 14, 2025, as previously noticed. This email follows Plaintiff's request for a scheduling adjustment, which was denied. The Committee also ordered that Plaintiffs provide any relevant information no later than April 7, 2025. This confirmation underscores the urgency of the injunctive relief requested in the TRO application.

Thank you for your attention to this matter.

                                            Respectfully, submitted,

                                            _____/s/ *Jae S. Lee*_____
                                                    Jae S. Lee