UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINHYE PARK,<br><br>        Plaintiff,<br><br>        v.<br><br>HON. BARRINGTON D. PARKER, ET AL.,<br><br>        Defendants. | 25-CV-00789 (MAB)<br>ORDER |

MARK A. BARNETT, United States Judge:[1]

      Before the court is Plaintiff's sealed *ex parte* motion to file documents under seal, ECF No. 30 (incorrectly docketed as a motion for leave to file case under seal, prompting the *ex parte* restriction). The motion is denied without prejudice. Plaintiff suggests no legal basis for filing the case under seal.

      Any revised motion should include notice to the other parties and seek to limit the documents filed under seal to only those necessary to protect confidential information disclosed in the motion. Plaintiff must state reasons why each exhibit meets the requirements for filings made without redaction pursuant to Federal Rule of Civil Procedure 5.2(d). The court notes that certain exhibits are publicly available elsewhere or contain legal authorities.

---

[1] Chief Judge Mark A. Barnett of the U.S. Court of International Trade, sitting by designation.

Court No. 25-cv-00789 Page 2

      Plaintiff is directed to review Section 6 of the court's rules for filing documents under seal, available at https://nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL.pdf.

                                                           /s/     Mark A. Barnett
                                               Mark A. Barnett, Chief Judge
                                             U.S. Court of International Trade
                                           (sitting by designation)

Dated: April 3, 2025
       New York, New York