# JSL Law Offices, P.C.
626 RXR Plaza, Uniondale, NY 11556
Tel: (718) 461-8000, Fax: (866) 449-8006

---

April 4, 2025

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Case No.: 1:25-cv-789 – Park v. Parker, et al.
Clarification Regarding Returned Filings - Amended Complaint

Dear Clerk,

I write to respectfully clarify that our recent attempts to refile the First Amended Complaint and request summonses were made using the correct event type, with only the appropriate individual defendants selected to be issued summons against. Plaintiffs were not included in any such selections.

Despite this, the filings were returned citing improper party selection. Upon consulting the Clerk's Office, I was advised that the issue likely arose from browser incompatibility when using Google Chrome, and that future filings should be submitted using Firefox or Internet Explorer to avoid system errors.

I submit this brief clarification to preserve the record and avoid any misperception of repeated filing error.  Thank you for your attention to this matter.

Respectfully,

*/s/ Jae S. Lee*
Jae S. Lee, Esq.
*Counsel for Plaintiff*