4/11/25, 2:37 PM
Notice of Hearing - Committee on Admissions and Grievances, U.S. Court of Appeals for the Second Circuit - jsl@lawjsl.com - JSL …
Case 1:25-cv-00789-MAB-SDA    Document 71-2    Filed 04/11/25    Page 1 of 1

