Case 1:25-cv-00789-MAB-SDA    Document 71-3    Filed 04/11/25    Page 1 of 1

Committee on Admissions and Grievances, U.S. Court of Appeals for the Second Circuit - jae@lawjsl.com JSL LAW OFFICES, P.C....

