```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Minhye Park,

                Plaintiff,

-against-

Barrington D. Parker et al.,

                Defendants.

1:25-cv-00789 (MAB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      This action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Referral Order, ECF No. 37.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

      Since filing the initial Complaint (*see* ECF No. 1, refiled at ECF No. 9), Plaintiff has filed amended pleadings at ECF Nos. 19, 20, 35, 48. The document filed at ECF No. 19 was filed as a motion to amend, but actually was a First Amended Complaint.[1] Accordingly, the Clerk of Court is respectfully requested to terminate the motion at ECF No. 19. It appears to the Court that the subsequent filings at ECF No. 20, 35 and 48 are the same pleading, *i.e.*, the First Amended Complaint, that was filed multiple times to correct filing errors. Thus, the current operative pleading is the First Amended Complaint filed at ECF No. 48.

---

[1] Plaintiff was entitled to file a first amended pleading as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(A).

On April 15, 2025, Plaintiff filed a motion for leave to file a Second Amended Complaint. (Motion, ECF No. 74.) The Clerk of Court directed Plaintiff to re-file that motion due to another filing error. (*See id*.) It is hereby ORDERED that Plaintiff's motion to amend is DENIED WITHOUT PREJUDICE to filing a motion that complies with Local Civil Rule 15.1. As currently, filed, Plaintiff's motion does not include a redline, or other appropriate version of the proposed pleading to show the differences from the First Amended Complaint. *See* Local Civil R. 15.1(a). The Court will set a schedule on any refiled motion to amend, as well as Plaintiff's motion for a preliminary injunction (ECF No. 31), once Defendants have been properly served and have appeared.

**SO ORDERED.**

Dated:   New York, New York
         April 22, 2025

_____
STEWART D. AARON
United States Magistrate Judge