AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Park  *Plaintiff*  v.  Parker, et al  *Defendant* | )  )  )  Case No.  25-cv-789 (MAB) (SDA)  )  )  ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judge Barrington D. Parker, Judge Alison J. Nathan, Judge Sarah A.L. Merriam, Judge Pamela K. Chen .
Judge Lois Bloom, Catherine O'Hagan Wolfe, David Coon, and Terrence M. Connors

Date:   07/23/2025

/s/ Rebecca L. Salk
*Attorney's signature*

*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY10007

*Address*

rebecca.salk@usdoj.gov
*E-mail address*

(212) 637-2614
*Telephone number*

*FAX number*