**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Minhye Park,<br><br>                              Plaintiff,<br><br>        -against-<br><br>Barrington D. Parker et al.,<br><br>                              Defendants. | 1:25-cv-00789 (MAB) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is Plaintiff's Renewed Motion for Leave to File Under Seal. (Pl.'s 8/16/25 Mot., ECF No. 96.) For the reasons set forth below, Plaintiff's motion is DENIED WITHOUT PREJUDICE because the Court cannot determine based upon Plaintiff's submissions precisely which documents Plaintiff is seeking to seal.

The Court initially had understood that Plaintiff was seeking to seal, among other things, the exhibits to the Declaration of Jae S. Lee that was filed on April 1, 2025 in support of Plaintiff's Order to Show Cause for a temporary restraining order and preliminary injunction. (Lee 4/1/25 Decl., ECF No. 32.) Paragraph 12 of this Declaration listed as "[e]xhibits submitted in support of the motion" eight exhibits (*i.e.*, Exhibits A through G). (*See id*. ¶ 12.) However, there were 10 exhibits filed to the ECF docket under ECF No. 32 (*i.e.*, ECF Nos. 32-1 through 32-10), not eight exhibits, consisting of a total of 56 pages of exhibits. These 10 exhibits, which were filed under seal, are not lettered or numbered on the ECF docket. Moreover, many of the descriptions of the exhibits contained in paragraph 12 of the subject Declaration do not match up with the actual exhibits that were filed to the ECF docket.

Adding to the confusion, on April 11, 2025, Plaintiff filed another Declaration of Jae S. Lee in support of Plaintiff's request for injunctive relief. (Lee 4/11/25 Decl., ECF No. 71.) Paragraph 13 of this Declaration listed as exhibits "submitted in support of th[e] motion" eight exhibits (*i.e.*, Exhibits A through G). (*See id*. ¶ 13.) As set forth in the April 11, 2025 Declaration, there in fact were eight exhibits filed to the ECF docket under ECF No. 71 (*i.e.*, ECF Nos. 71-1 through 71-8), also not lettered or numbered, consisting of a total of 52 pages of exhibits. Notably, these exhibits were publicly filed by Plaintiff and not filed under seal.[1]

Plaintiff's renewed motion adds further to the confusion by listing and describing Exhibits A through K, of which Plaintiff seeks to seal Exhibits A through F. (*See* Pl.'s 8/16/25 Mot. at PDF pp. 3-4.) The list contained in Plaintiff's renewed motion does not completely jibe with the exhibit list contained in the prior Lee Declarations and also does not completely jibe with the exhibits filed at ECF Nos. 32-1 through 32-10, or the exhibits filed at ECF Nos. 71-1 through 71-8. In order for the Court to determine which documents Plaintiff is seeking to seal, it needs a clearer record.

Accordingly, Plaintiff's renewed motion to seal (ECF No. 96) is DENIED WITHOUT PREJUDICE. No later than August 29, 2025, Plaintiff shall file a second renewed motion to seal setting forth for each of the documents filed at ECF No. 30, 32, 32-1,[2] 32-2, 32-3, 32-4, 32-5, 32-6, 32-7, 32-8, 32-9, 32-10, 34, 34-1,71-1,[3] 71-2, 71-3, 71-4, 71-5 71-6, 71-7 and 71-8 whether she seeks to seal such document and the basis for such sealing. In addition, Plaintiff shall address,

---

[1] Judge Barnett previously noted that these documents had been publicly filed. (*See* 4/14/25 Order, ECF No. 73; *see also* 8/14/25 Order, ECF No. 92 (citing to 4/14/25 Order).)

[2, 3] With respect to the Second Circuit's January 30, 2024 decision that is filed at ECF Nos. 32-1 and 71-1, Plaintiff should note that such decision appears to be publicly available. *See Park v. Kim*, 91 F.4th 610, 612 (2d Cir. 2024).

2

with citation to relevant legal authority, whether Plaintiff waived her right to confidentiality of the exhibits at ECF Nos. 71-1 through 71-8 by herself publicly filing such exhibits.

**SO ORDERED.**

Dated:  New York, New York
    August 22, 2025

_____
STEWART D. AARON
United States Magistrate Judge