



*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

September 16, 2025

**By ECF**

The Honorable Judge Stewart Aaron
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

    Re:    *Minhye Park v. Barrington D. Parker, et al.*, No. 25 Civ. 789 (MAB) (SDA)

Dear Judge Aaron:

    This Office represents Judge Barrington D. Parker, Judge Alison J. Nathan, Judge Sarah A.L. Merriam, Judge Lois Bloom, Judge Pamela K. Chen, Catherine O'Hagan Wolfe, in her official capacity as Clerk of the Second Circuit, and David Coon and Terrence M. Connors, in their official capacities as members of the Committee on Admissions (collectively, the "Federal Defendants"), in the above-referenced action brought by plaintiff Minhye Park ("Plaintiff"). I write respectfully to request that the Court adjourn the telephone conference currently set for September 24, 2025, to September 30, 2025, October 1, 2025, or to another date thereafter that is convenient for the Court.

    I am unable to attend the telephone conference on September 24, 2025, at 11:00 A.M. because I have a previously scheduled settlement conference in another matter at the same time. I therefore respectfully request that the telephone conference on September 24, 2025, be adjourned to a later date. Plaintiff's counsel consents to this request. I have conferred with Plaintiff's counsel and we are both available at any time on September 30, 2025, and October 1, 2025.

    I thank the Court for its consideration of this request.

                                    Respectfully,

                                    JAY CLAYTON
                                  United States Attorney for the
                                  Southern District of New York

                By:     /s/ Rebecca L. Salk
                         REBECCA L. SALK
                         Assistant United States Attorney
                         86 Chambers Street, 3rd Floor
                         New York, NY 10007
                         Tel.:  (212) 637-2614
                         Email: Rebecca.Salk@usdoj.gov

2

cc: Jae S. Lee, Esq.
JSL Law Offices, P.C.
16807 Northern Blvd., Flushing, NY 11358
*Attorney for Plaintiff*
(VIA ECF)

Application GRANTED. The telephone conference scheduled for September 24, 2025 is adjourned until October 1, 2025 at 2:00 p.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.
SO ORDERED.
Dated: September 16, 2025