## JSL LAW OFFICES, P.C.

626 RXR Plaza, Uniondale, New York 11556
Phone: (718)461-8000, Fax: (866) 449-8003

---

September 30, 2025

**By ECF**
The Honorable Judge Stewart Aaron
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

**Re:** *Minhye Park v. Barrington D. Parker, et al.*, No. 25 Civ. 789 (MAB) (SDA)

Dear Judge Aaron:

    Plaintiff has conferred with defense counsel, and **Defendants consent** to the requested adjournment. The parties are available and jointly propose **Thursday, October 9, 2025**, or **Wednesday, October 15, 2025** (time flexible) for the rescheduled conference, or any other date convenient to the Court.

    This request is made in good faith and not for delay. **This is Plaintiff's first request to adjourn this conference.**

    Thank you for the Court's consideration.

Dated: September 30, 2025

                        Respectfully submitted,

                        */s/ Jae S. Lee*
                          Jae S. Lee

Application GRANTED. The telephone conference scheduled for October 1, 2025 is adjourned until October 9, 2025 at 2:30 p.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. SO ORDERED.

Dated: September 30, 2025      *[signature]*