UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Minhye Park,<br><br>                        Plaintiff,<br><br>    -against-<br><br>Barrington D. Parker et al.,<br><br>                        Defendants. | 1:25-cv-00789 (MAB) (SDA)<br><br>ORDER FOR<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Tuesday, November 25, 2025, at 2:00 p.m. to address the outstanding motions (ECF Nos. 31, 94, 116), as well as a briefing schedule for anticipated dispositive motions. (*See* ECF Nos. 95, 97.) At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:      New York, New York
              November 17, 2025

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge