**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **Minhye Park,** | |
| **Plaintiff,** | **1:25-cv-00789 (MAB) (SDA)** |
| -against- | **ORDER** |
| **Barrington D. Parker et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, for which Plaintiff's counsel failed to appear, it is hereby Ordered that the conference is adjourned until Wednesday, December 3, 2025, at 2:00 p.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. Plaintiff's counsel is warned that continued failure to appear, or otherwise comply with Court Orders, may result in the imposition of sanctions up to and including a recommendation that this action be dismissed for failure to prosecute.

**SO ORDERED.**

Dated:     New York, New York
             November 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge