UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MINHYE PARK and JAE S. LEE,                    Civil Docket No.: 1:25-cv-789

                              Plaintiffs,

          -against-

JUDGES BARRINGTON D. PARKER, ALISON J. NATHAN, and SARAH A. L. MERRIAM
of the United States Court of Appeals for the Second Circuit, in their individual capacities;
JUDGE PAMELA K. CHEN and MAGISTRATE JUDGE LOIS BLOOM of the United States
District Court for the Eastern District of New York, in their individual capacities;
CATHERINE O'HAGAN WOLFE, in her official and individual capacities as Clerk of the Second
Circuit;DAVID COON and TERRENCE M. CONNORS, in their official capacities as members
of the Committee on Admissions and Grievances; and OPENAI, INC.,

                              Defendants.
 -------------------------------------------------------------------X

**NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

          **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Jae S. Lee, Esq., dated

January 12, 2026, and upon all prior pleadings and proceedings herein, Plaintiffs will move this

Court, before the Honorable **Stewart D. Aaron, U.S.M.J.**, at the United States Courthouse, 500

Pearl Street, New York, New York, for an Order:

1.  Granting Plaintiffs leave to file the Third Amended Complaint **nunc pro tunc** as of

    December 29, 2025, pursuant to the Court's Order (ECF No. **145**, dated December 29,

    2025);

2.  Excusing a brief delay of approximately **two (2) hours** in filing due to documented

    technical issues and a contemporaneous health condition; and

3.  Granting such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served upon the undersigned within fourteen (14) days after service of this motion.

Dated: January 12, 2026
      Uniondale, New York

JSLLAW OFFICE P.C.

*/s/ Jae S. Lee*
JAE S. LEE
626 RXR PLAZA
UNIONDALE, NY 11556

**AFFIRMATION OF JAE S. LEE, ESQ.**
*(In Support of Motion for Late Filing / Nunc Pro Tunc Relief)*

STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.:

I, **Jae S. Lee, Esq.**, hereby affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 as

follows:

1. I am an attorney duly admitted to practice before this Court and am counsel of record for

   Plaintiffs Minhye Park and myself, Jae S. Lee, Esq. I submit this Affirmation in support

   of Plaintiffs' motion for leave to file the Third Amended Complaint **nunc pro tunc**.

2. On **December 29, 2025**, the Court issued an Order granting Plaintiffs leave to file a Third

   Amended Complaint adding Plaintiff Jae S. Lee, Esq. (ECF No. **145**).

3. Plaintiffs fully complied with the substance and scope of the Court's Order. The Third

   Amended Complaint was completed and finalized on the same date.

4. Due to **unanticipated technical issues** with the electronic filing system and a

   **contemporaneous health condition** affecting counsel, the Third Amended Complaint

   was filed approximately **two (2) hours after the deadline** set by the Court's Order.

5. The delay was brief, unintentional, and not the result of neglect, bad faith, or disregard of

   the Court's Order.

6. No Defendant has been prejudiced by this minimal delay. No responsive pleadings were

   due or affected, and no scheduling order was disrupted.

7. Plaintiffs acted diligently and in good faith at all times. Immediately upon resolving the

   technical issues, the filing was completed.

8.  Courts in this District routinely grant **nunc pro tunc relief** for short delays caused by technical difficulties or health-related circumstances, particularly where no prejudice results and the filing was otherwise timely prepared.

9.  Plaintiffs respectfully request that the Court deem the Third Amended Complaint filed **nunc pro tunc as of December 29, 2025**, in accordance with ECF No. 145.

10. This application is made in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant the motion in its entirety and for such other and further relief as the Court deems just and proper

Dated: January 12, 2026
        Uniondale, New York

JSLLAW OFFICE P.C.

*/s/ Jae S. Lee*
JAE S. LEE
626 RXR PLAZA
UNIONDALE, NY 11556
