**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MINHYE PARK,

Plaintiff,

-against-

25 **CIVIL** 0789 (MAB) (SDA)

# JUDGMENT

HON. BARRINGTON D. PARKER, ET AL.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated July 15, 2026, Federal Defendants' motion to dismiss and OpenAI's motion to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**